UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERISAT-ERITREAN SATELLITE TELEVISION, <br><br> Plaintiff, <br><br> v. <br><br> HENOK TEKLE GEBREKIDAN; and ERISAT FOR JUSTICE, <br><br> Defendants. | Case No. CV 24-1121-DMG (AJRx) <br><br> **PRELIMINARY INJUNCTION** |

  This matter came before the Court on Plaintiff Erisat-Eritrean Satellite Television's ("EEST") Motion for Preliminary Injunction. [Doc. # 2 ("MPI").] Neither Defendant Henok Tekle Gebrekidan nor Erisat for Justice entered an appearance in the case, nor did they file any Opposition to the MPI. The Court has duly considered EEST's briefs, evidence, and argument, and has granted the MPI.

  The Court has found that issuance of a preliminary injunction is warranted. EEST has demonstrated that the law and facts clearly favor its position on its conversion claim and it is likely to suffer irreparable injury in the absence of a preliminary injunction. *See* Order re MPI at 4–5 (citing *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20

(2008)) [Doc. # 18]. The balance of equities tips in Plaintiff's favor and a preliminary injunction is in the public interest. *Id*.

**IT IS HEREBY ORDERED** as follows:

For the reasons explained in the MPI Order, Plaintiff is granted preliminary injunctive relief as described below:

1. During the pendency of this action, Gebrekidan and any entity or individual with whom he is affiliated, involved, or associated are hereby enjoined from, directly or indirectly, using any property belonging to EEST, including: any of EEST's social media accounts, including YouTube, Facebook, Instagram, and TikTok; EEST's broadcast network accounts; EEST's Donor Box account; any EEST human resources contact lists and/or donor lists; any EEST email accounts; and any EEST websites.

2. Gebrekidan must return all property belonging to EEST, including passwords and login information, to EEST within three business days after personal service of this Order.

EEST shall personally serve the Order re MPI and this Preliminary Injunction Order on Gebrekidan, and shall file a Proof of Service within three days of such service. This injunction goes into effect as soon as proper service is effectuated and shall remain in effect until final judgment is entered. *See* Fed. R. Civ. P. 65(d)(2).

**IT IS SO ORDERED.**

DATED: March 5, 2024

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2