JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERISAT-ERITREAN SATELLITE TELEVISION, a California nonprofit corporation,<br><br>PLAINTIFF<br><br>v.<br><br>HENOK TEKLE GEBREKIDAN, ERISAT FOR JUSTICE, and DOES 1-25, inclusive,<br><br>DEFENDANTS. | Case No.: 2:24-cv-01121-DMG-AJR<br><br>**ORDER OF DISMISSAL, WITHOUT PREJUDICE, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br>Dkt [29] |

## ORDER OF DISMISSAL

The Court, having considered the parties' Stipulation of Dismissal, Without Prejudice, hereby dismisses the entire action of all parties and the claims and counterclaims contained therein, under *Federal Rule of Civil Procedure* 41(a)(1)(A)(ii), with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED:  May 7, 2024                                  By: _____
                                                                         Honorable Dolly M. Gee
                                                                         United States District Judge